**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| PALINA DANILCHYK, | Case No.:  26-cv-2454-RSH-MSB |
| Petitioner, | **ORDER DENYING PETITION** |
| v. |  |
| MARKWAYNE MULLIN, |  |
| Respondent. |  |

On April 17, 2026, petitioner Palina Danilchyk proceeding pro se filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. On April 29, 2026, Respondents filed a return. ECF No. 6. On May 9, 2026, counsel filed a notice of appearance on behalf of Petitioner, who did not file anything further.[1]

Title 28 of the U.S. Code, Section 2241, provides that "[w]rits of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions." 28 U.S.C. § 2241(a). A detainee bears the burden of demonstrating that "[sh]e is in custody in violation of the Constitution or laws

---

[1]    This Court previously dismissed a prior petition filed by Petitioner in Case No. 26-cv-2229-RSH-BJW for failure to advance an adequate legal basis for relief.

or treaties of the United States." 28 U.S.C. § 2241(c)(3).

The Petition advances three grounds for relief. ECF No. 1 at 6-7. First, Petitioner claims that her detention violates her right to substantive and procedural due process. Second, Petitioner argues that an immigration judge's denial of bond on March 13, 2026, violates the Administrative Procedure Act. Third, she argues that she is detained without a significant likelihood of removal in the reasonable foreseeable future, because of a lack of flight connections between the United States and Belarus, her country of origin, and because she was persecuted in Belarus. In each case, these claims are conclusory, undeveloped, and unsupported by material facts.

Petitioner has not established that "[sh]e is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Accordingly, the Petition is **DENIED**. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: June 3, 2026

_Robert S Huie_
_____
Hon. Robert S. Huie
United States District Judge

26-cv-2454-RSH-MSB